MEMORANDUM OPINION



No. 04-04-00702-CR



Erik SHELTON,


Appellant



v.



The STATE of Texas,


Appellee



From the 175th Judicial District Court, Bexar County, Texas


Trial Court No. 2003-CR-8239


Honorable Mary Román, Judge Presiding



PER CURIAM


Sitting: Alma L. López, Chief Justice

 Catherine Stone, Justice

 Sarah B. Duncan, Justice


Delivered and Filed: January 19, 2005


DISMISSED

 Appellant has filed a motion to dismiss this appeal by withdrawing his notice of appeal. The
motion is granted, and this appeal is dismissed. See Tex. R. App. P. 42.2(a).

 PER CURIAM

DO NOT PUBLISH